UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELI STAR CORP., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL WESTERN INSURANCE COMPANY, <br><br> Defendants. | Case No. 3:22-cv-557-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Continental Western Insurance Company ("Defendant") Motion for Leave to File Answer to Plaintiff's Complaint. In general, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). The Federal Rules dictate that "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff does not oppose Defendant's Motion for Leave to File an answer and the time for doing so has passed. The Court GRANTS Defendant's Motion for Leave to File an Answer (Doc. 31). Defendant is ORDERED to file its Answer to Plaintiff's Complaint within 7 days entry of this Order.

IT IS SO ORDERED.
DATED:  November 16, 2022

/s/  J. Phil Gilbert
J. PHIL GILBERT
U.S. DISTRICT JUDGE