## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DELI STAR CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:22-cv-00557-JPG** |
| | ) | |
| **CONTINENTAL WESTERN** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled cause of action, that Plaintiff's claims against Defendant, Continental Western Insurance Company, be dismissed with prejudice, each party to bear their own costs.


**NEVILLE, RICHARDS & WULLER, LLC**

By:_____
    Derek J. Siegel, #06307618
    5 Park Place Professional Centre
    Belleville, IL 62226
    Tel: (618) 277-0900
    FAX: (618) 277-0970
    dsiegel@nrw-law.com

**TRAUB LIEBERMAN STRAUS SHREWSBERRY, LLP**

By:_____
    James M. Eastham, #06224853
    71 S. Wacker Drive, Suite 2110
    Chicago, IL 60606
    Tel: (312) 332-3900
    FAX: (312) 332-3908
    jeastham@tlsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I electronically filed the above with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ James Eastham
James Eastham