IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELI STAR CORP.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-00557-JPG |
| | ) |
| **CONTINENTAL WESTERN** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

This cause comes before the Court on presentation of Stipulation for Dismissal (Doc. 34), it is hereby ordered that Plaintiff's claims against Defendant, Continental Western Insurance Company, are hereby dismissed with prejudice, with each party to bear their costs.

**IT IS SO ORDERED.**
**DATED:  January 4, 2023**

                                                        /s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **U.S. DISTRICT JUDGE**